UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WAYNE PERRYMAN, *et al.*, <br><br> Plaintiffs, <br> v. <br><br> CITY OF SEATTLE, *et al.*, <br><br> Defendants. | Case No. C17-0274RSL <br><br> ORDER DENYING MOTION FOR STAY |

This matter comes before the Court on "Defendants City of Seattle [and] Seattle Police Department's Motion to Stay." Dkt. # 29. Defendants sought a continuance of the deadline in which to respond to plaintiff's motion for summary judgment and a continuance of all other deadlines until their pending motion to dismiss is resolved. Plaintiffs oppose the motion.

Defendants have now responded to the summary judgment motion, and the Court has not yet issued a case management order or otherwise set any pretrial deadlines. Defendants' motion for stay is therefore DENIED as moot.

Dated this 15th day of May, 2017.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DENYING MOTION FOR STAY