UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WAYNE PERRYMAN, *et al.*,

    Plaintiffs,

v.

CITY OF SEATTLE POLICE, *et al.*,

    Defendants.

No. C17-0274RSL

ORDER DENYING PLAINTIFFS' SECOND MOTION FOR RECONSIDERATION

This matter comes before the Court on "Plaintiffs' Addendum Motion for Reconsideration." Dkt. # 49. Plaintiffs filed a timely motion seeking reconsideration of the Court's order dismissing the claims against the City defendants. That motion was denied on June 7, 2017. A second motion for reconsideration regarding the same decision is not authorized by the local rules of this district, nor have plaintiffs shown "manifest error in the prior ruling" or "new facts or legal authority which could not have been brought to [the Court's] attention earlier with reasonable diligence." LCR 7(h)(1). Plaintiffs' second motion for reconsideration is DENIED.

Dated this 13th day of June, 2017.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DENYING PLAINTIFFS' SECOND
MOTION FOR RECONSIDERATION