UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
WAYNE PERRYMAN, *et al.*,
                    Plaintiffs,
     v.
CITY OF SEATTLE POLICE, *et al.*,
                    Defendants.
_____

No. C17-0274RSL

ORDER GRANTING PLAINTIFFS' MOTION TO AMEND COMPLAINT

This matter comes before the Court on "Plaintiff's [sic] Amended January 2017 Complaint," which the Court treated as a motion to amend. Dkt. # 46. The motion is unopposed, and courts "should freely give leave [to amend] when justice so requires." Fed. R. Civ. P. 15(a)(2). In light of the "strong policy in favor of allowing amendment" (Kaplan v. Rose, 49 F.3d 1363, 1370 (9th Cir. 1994)) and the lack of any evidence of "undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party by virtue of allowance of the amendment, or futility of amendment, etc." (Sonoma County Ass'n of Retired Employees v. Sonoma County, 708 F.3d 1109, 1117 (9th Cir. 2013) (internal quotation marks and alterations omitted)), the Court accepts the amended complaint filed on May 31, 2017 as the operative pleading in this matter. Prior versions of the complaint are superceded.

Dated this 27th day of June, 2017.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge