UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
)
SEAN PERRYMAN,                      )
                                    )   Case No. C17-0274RSL
                  Plaintiff,        )
     v.                             )
                                    )   ORDER
RHINO ROOM, *et al.*,               )
                                    )
                  Defendants.       )
_____ )

This matter comes before the Court on plaintiff Sean Perryman's "Motion for Binding Arbitration" (Dkt. # 82) and on review of the record in this matter. Plaintiff offers no legal or factual basis for his request that the Court compel defendants to arbitrate this dispute. "[A]rbitration is a matter of contract and a party cannot be required to submit to arbitration any dispute which he has not agreed so to submit." AT&T Techs., Inc. v. Commc'ns Workers of Am., 475 U.S. 643, 648 (1986) (quoting Steelworkers v. Warrier & Gulf Navigation Co., 363 U.S. 574, 582 (1960)). Plaintiff has not produced evidence of an agreement to arbitrate, nor do the facts of this case suggest that the parties have any sort of contractual relationship. The request to send this case to binding arbitration is therefore DENIED.

On December 13, 2017, the Court instructed plaintiff Sean Perryman to file a status report notifying the Court whether he will make himself available for discovery pursuant to the existing case management schedule or whether he would prefer that this action be stayed for a specified

ORDER

period of time in light of his relocation to Dallas, Texas.[1] Both Sean and his father recently filed documents in this matter,[2] but Sean has not provided the required status report or otherwise indicated his availability and/or preferences. The Court will extend the deadline for filing the status report until 4:30 pm on January 5, 2018. If Sean fails to timely apprise the Court of the status of this case, sanctions may be imposed, including dismissal of the claims.

In order to allow defendants to move forward with discovery as we await Sean Perryman's status update, depositions may be scheduled to occur at the United States Courthouse, 700 Stewart Street, Seattle, Washington 98101, on January 8, 9, 10, and/or 12, 2018. For purposes of the Notice(s) of Deposition, the location is the 15th Floor of the United States Courthouse, Room 15128.[3]

Dated this 21st day of December, 2017.

Robert S. Lasnik
United States District Judge

---

[1] Plaintiff was further instructed that this information must come directly from plaintiff, Sean Perryman. His father is not permitted to represent him in this matter, and any attempt to relay Sean's wishes would constitute hearsay.

[2] Sean's submission includes arguments regarding the scope of his deposition. Dkt. # 87. The Court has already declined to limit the questioning to whether Sean initiated contact with defendant Ismael and whether Rhino Room Security violated their policies. Dkt. # 85. Plaintiff does not get to unilaterally determine what is relevant and/or what kinds of questions he is willing to answer.

[3] The parties are hereby advised that photo identification and a security screening are required for entry into the Courthouse. Weapons of any kind, including firearms and knives, are prohibited in federal court facilities. See https://www.usmarshals.gov/judicial/visit_courthouse.htm.