UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WAYNE PERRYMAN, *et al.*,

         Plaintiffs,

    v.

CITY OF SEATTLE, *et al.*,

         Defendants.

Case No. C17-0274RSL

ORDER EXTENDING DISCOVERY DEADLINES

This matter comes before the Court on "Defendants' Motion to Extend Deadlines for Identifying Expert Witnesses and for Completion of Discovery." Dkt. # 93. Defendants were forced to continue Sean Perryman's deposition, which had been noted for December 5, 2017, while the Court resolved discovery disputes regarding who could attend the deposition, where it would be held, and whether armed guards were appropriate. The deposition was rescheduled for January 10, 2018, and defense counsel filed this motion to extend the discovery deadlines so that his expert would have the benefit of Mr. Perryman's testimony and to accommodate a long-planned vacation.

Having reviewed the record in this matter and the submissions of the parties, the request for an extension is GRANTED. Expert disclosures shall be made on or before January 30, 2018, and all discovery must be completed by March 23, 2018. All other case management deadlines remain unchanged.

ORDER EXTENDING DISCOVERY DEADLINES

1  Dated this 18th day of January, 2018.

2
*/s/ Robert S. Lasnik*
3  Robert S. Lasnik
   United States District Judge
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER EXTENDING DISCOVERY DEADLINES    -2-