UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                )
SEAN PERRYMAN,                  )
                                )   Case No. C17-0274RSL
                Plaintiff,      )
        v.                      )
                                )   ORDER GRANTING MOTION TO
RHINO ROOM, *et al.*,           )   APPOINT COUNSEL
                                )
                Defendants.     )
_____ )

This matter comes before the Court on plaintiff's "Application for Court-Appointed Counsel." Dkt. # 101. Plaintiff has now provided information regarding his financial circumstances. Dkt. # 110. The Court finds that plaintiff's pro se status is impairing his ability to identify applicable legal theories, to focus his discovery and argument on the elements of potentially viable causes of action, and to pursue some of the forms of relief he seeks. Plaintiff's finances are insufficient to enable him to afford an attorney. In these exceptional circumstances, the Court will request that a member of the bar assist plaintiff under the authority of 28 U.S.C. § 1915(e)(1). This matter is hereby referred to the Pro Bono Panel Screening Committee for appointment of counsel.

//

ORDER GRANTING MOTION TO
APPOINT COUNSEL

Dated this 25th day of January, 2018.

*Robert S. Lasnik* (signature)
Robert S. Lasnik
United States District Judge