UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
SEAN PERRYMAN,                              )
                                            )   Case No. C17-0274RSL
                Plaintiff,                  )
        v.                                  )
                                            )   ORDER
RHINO ROOM, *et al.*,                       )
                                            )
                Defendants.                 )
_____)

This matter comes before the Court on plaintiff's request for clarification regarding the scope of relevant inquiry in this matter. Dkt. # 97. The video recordings are not the only type of admissible evidence regarding what happened outside the Rhino Room on April 4, 2015, nor are they unambiguous regarding certain events or the participants' motivations and justifications for their actions. Plaintiff's claims are not, as he would have it, merely assertions that particular events did or did not happen. His claims, as articulated in his complaint, are that Rhino Room personnel and Justin Ismael assaulted him and knowingly made false statements to the police for the purpose of having plaintiff arrested. These claims involve specific elements which plaintiff must prove at trial and are subject to certain defenses which defendants may be able to prove at trial. The parties may inquire about anything that is likely to produce admissible testimony or evidence regarding these claims and defenses. No further clarification is warranted or possible.

ORDER

1    Dated this 25th day of January, 2018.

2

3                                         _/s/ Robert S. Lasnik_
                                          Robert S. Lasnik
4                                         United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER                                    -2-