UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
SEAN PERRYMAN,
                                                   )
                                                   )     Case No. C17-0274RSL
                          Plaintiff,         )
         v.                                        )
                                                   )     ORDER STAYING CASE
RHINO ROOM, *et al.*,                  )
                                                   )
                          Defendants.   )
_____)

This matter comes before the Court on plaintiff's "Motion to Compel Defendant to Respond to Second Set of Innterrogatories [sic]" (Dkt. # 94) and "Motion to Stay to Obtain Court Appointed Legal Counsel for Pro Se Litigants" (Dkt. # 103). The Court has referred this matter to the Pro Bono Panel for appointment of counsel. A stay while the Panel attempts to locate an attorney who will take the representation and while the newly-appointed lawyer familiarizes herself with the case file and the discovery that has been taken to date is appropriate. Defendants will not be compelled to respond to the second set of interrogatories in the interim.

For the foregoing reasons, plaintiff's motion to compel (Dkt. # 94) is DENIED and his motion to stay (Dkt. # 103) is GRANTED. The above-captioned matter is hereby STAYED for sixty days.

//

ORDER STAYING CASE

1 | Dated this 25th day of January, 2018.
2 |
3 | *Robert S. Lasnik*
4 | Robert S. Lasnik
  | United States District Judge