UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SEAN PERRYMAN,

    Plaintiff,

  v.

RHINO ROOM, *et al.*,

    Defendants.

Case No. C17-0274RSL

ORDER

This matter comes before the Court on plaintiff's "Motion to Deny Defendants [sic] Request re: His Vacation Time." Dkt. # 106. The motion is DENIED.

Dated this 25th day of January, 2018.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER