UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
SEAN PERRYMAN,                     )
                                   )   Case No. C17-0274RSL
            Plaintiff,             )
    v.                             )
                                   )   ORDER EXTENDING STAY
RHINO ROOM, *et al.*,              )
                                   )
            Defendants.            )
_____)

This matter comes before the Court on "Defendant Justin Ismael's Motion to Amend Case Schedule." Dkt. # 115. In January 2018, this matter was referred to the Pro Bono Panel of this district so that counsel could be appointed for plaintiff, and the case was stayed for sixty days. The Panel has, as yet, been unable to locate an attorney who will take the representation. The Court finds that the stay should be extended for another sixty days. Upon appointment of counsel, an amended case management schedule will issue that extends the discovery period and allows both parties to complete their preparations for trial.

For the foregoing reasons, defendant's request for an amended case schedule is DENIED as premature. The above-captioned matter will remain STAYED until June 13, 2018.

//

ORDER EXTENDING STAY

1     Dated this 16th day of April, 2018.

                                       */s/ Robert S. Lasnik*
                                       Robert S. Lasnik
                                       United States District Judge