UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SEAN PERRYMAN,<br><br>              Plaintiff,<br>    v.<br><br>RHINO ROOM, *et al.*,<br><br>              Defendants. | Case No. C17-0274RSL<br><br>SECOND ORDER EXTENDING STAY |

      This matter comes before the Court *sua sponte*. In January 2018, this matter was referred to the Pro Bono Panel of this district so that counsel could be appointed for plaintiff, and the case was stayed. The Panel has, as yet, been unable to locate an attorney who will take the representation. The Court hereby ORDERS that the trial and related case management dates are stricken and the stay is extended for another sixty days. Upon appointment of counsel, an amended case management schedule will issue that extends the discovery period and allows both parties to complete their preparations for trial.

      Dated this 13th day of June, 2018.

                                  /s/ Robert S. Lasnik
                                  Robert S. Lasnik
                                  United States District Judge