UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SEAN C. PERRYMAN, pro se,<br><br>        Plaintiff,<br><br>v.<br><br>CITY OF SEATTLE POLICE, BIG FUN LLC, d/b/a RHINO ROOM, and JUSTIN ISMAEL,<br><br>        Defendants. | NO: 2: 17--CV--00274<br><br>STIPULATION AND ORDER FOR DISMISSAL |

The undersigned parties and their respective legal counsel stipulate that this action has been successfully mediated and settled, and shall be dismissed with prejudice against all parties and without costs to be taxed against any party.

Respectfully submitted this 1st day of February, 2019.

SEAN PERRYMAN

*[signature: Sean Perryman]*

Sean Perryman, Plaintiff *pro se*

MACLEOD LLC

Jon W. MacLeod WSBA 8491
Attorney for Defendant Big Fun LLC

BETTS PATTERSON & MINES, P.S.

Patrick M. Paulich WSBA 10951
Attorneys for Defendant Ismael

STIPULATION AND ORDER
FOR DISMISSAL -- 1

*MacLeod LLC*
*1700 7th Avenue - Suite 2100*
*Seattle, Washington 98101*
*Tel: (206) 357-8470 / Fax: (206) 357-8401*

ORDER

Upon stipulation of the parties, this action shall be and is dismissed with prejudice and without costs to be taxed against any party.

Entered this 6th day of February, 2019

_____
Robert S. Lasnik, District Judge

Presented by:

MacLeod LLC

_____
Jon W. MacLeod WSBA 8491
Attorney for Defendant Big Fun LLC

Copy received; Notice of Presentation Waived

BETTS PATTERSON & MINES, P.S.

_____
Patrick M. Paulich WSBA 10951
Attorneys for Defendant Ismael

_____
Sean Perryman, Plaintiff *pro se*

* * * * *

CERTIFICATE OF SERVICE

I, Jon W. MacLeod certify that on February 1, 2019, I served this Stipulation and Order for Dismissal on all parties of record via e-mail and U.S. First Class Mail, postage prepaid.

Dated this 1st day of February, 2019.

// Jon W. MacLeod //

_____
Jon W. MacLeod  WSBA 8491

STIPULATION AND ORDER
FOR DISMISSAL -- 2

*MacLeod LLC*
*1700 7th Avenue - Suite 2100*
*Seattle, Washington 98101*
*Tel: (206) 357-8470 / Fax: (206) 357-8401*