UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 12 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| WAYNE PERRYMAN and SEAN PERRYMAN,<br><br>            Plaintiffs - Appellants,<br><br>   v.<br><br>CITY OF SEATTLE POLICE DEPARTMENT,<br><br>            Defendant - Appellee. | No. 19-35129<br><br>D.C. No. 2:17-cv-00274-RSL<br>U.S. District Court for Western Washington, Seattle<br><br>**MANDATE** |

The judgment of this Court, entered December 18, 2019, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Rhonda Roberts
Deputy Clerk
Ninth Circuit Rule 27-7